UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Fiorito,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendants. | Case No. 22-cv-3055 (ECT/DTS)<br><br>**ORDER AND<br>REPORT AND RECOMMENDATION** |

Plaintiff Michael Fiorito filed several requests for relief or action from the Court, as follows:

(1) Docket Number 26: Combined Motion to Compel Production of Documents and His First Objections to Defendants Motion to Dismiss and Memorandum in Support

Fiorito has requested (1) an order directing Defendant to turn over certain documents; (2) an order directing Defendant to comply with Plaintiff's discovery requests; and (3) Discovery subpoenas from the Court. Based on the procedural posture of the case, the Court denies these requests without prejudice.

Fiorito also requested an extension of time to file his response to Defendant's Motion to Dismiss. He seeks 90 additional days to respond, which the Court grants. Fiorito's responsive briefing is due by July 7, 2023.

(2) Docket Number 29: Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447(c)

Fiorito seeks remand of this case to Hennepin County, from which it was previously removed pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. *See* Dkt. No. 1. The Court denies the motion. The Court also notes that while Fiorito avers the United States should

not have been substituted as defendant in the case, Fiorito's complaint itself lists the United States of America as the defendant in his action.

## ORDER

Based on the filings, records, and memoranda in this case, IT IS HEREBY ORDERED:

Fiorito's Combined Motion to Compel Production of Documents and His First Objections to Defendants Motion to Dismiss and Memorandum in Support [Dkt. No. 26] is **GRANTED IN PART AND DENIED IN PART** consistent with this Order. Fiorito's responsive briefing to the Government's Motion to Dismiss is due by July 7, 2023.

## RECOMMENDATION

The Court RECOMMENDS THAT:

Fiorito's Motion to Remand Pursuant to 28 U.S.C. § 1447(c) [Dkt. No. 29] be **DENIED**.


Dated: April 17, 2023                    s/David T. Schultz
                                         DAVID T. SCHULTZ
                                         United States Magistrate Judge


## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).